## 57509. STATE FARM FIRE & CASUALTY COMPANY v. SOUTHERN BELL TELEPHONE & TELEGRAPH COMPANY.

SMITH, Judge.

On certiorari to the Supreme Court, this case was reversed. Therefore, *State Farm Fire &c. Co. v. Southern Bell Tel. &c. Co.,* 150 Ga. App. 622 (258 SE2d 198) (1979), is vacated and the decision of the Supreme Court in *State Farm Fire &c. Co. v. Southern Bell Tel. &c. Co.,* 245 Ga. 5 (1980), is adopted as the decision of this court.

*Judgment reversed. Quillian, P. J., and Birdsong, J., concur.*

DECIDED FEBRUARY 5, 1980.

*Greer, Klosik & Daugherty, John F. Daugherty, Michael L. Wetzel,* for appellant.
*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, Edmund M. Kneisel, Susan A. Cahoon,* for appellee.